In the Matter of the Will of JAMES SHEVLIN, Deceased.

MARY S. GILLEN et al., Appellants; GEORGE H. SHEVLIN et al., as Executors and Trustees under the Will of JAMES SHEVLIN, Deceased, et al., Respondents.

Argued April 20, 1938; decided May 24, 1938.

*Charles G. Coster* and *John R. O'Reilly* for appellants.
*John H. Schmid* and *Allen S. Wrenn* for Marion Shevlin, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.